ACCEPTED
12-15-00246-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
11/11/2015 4:49:03 PM
Pam Estes
CLERK

## NO. 12-15-00246-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
11/11/2015 4:49:03 PM
PAM ESTES
Clerk

| | | |
|---|---|---|
| **ESTATE OF WILLIE SUE HAMMACK BY MORRISON HAMMACK, JR., Plaintiff** | § § § § § | **IN THE COURT OF APPEALS** |
| **V.** | § § | **12TH APPELLATE DISTRICT** |
| **LARRY GENE MARSH, BILLIE MARIE BUCKLEY, DEBORAH SUE STUART AND TERRY LYN MARSH Defendants** | § § § § § | **STATE OF TEXAS** |

### MOTION FOR REINSTATEMENT OF APPEAL

COMES NOW the Appellant, **Larry Gene Marsh, Billie Marie Buckley, Deborah Sue Stuart, and Terry Lyn Marsh,** and file this Motion for Reinstatement of Appeal, and its grounds therefore, would show the Court the following:

#### I.

1.    Notice of Appeal was duly filed in the Trial Court on **September 22, 2015.**

2.    Court Reporter's Record was filed in the 12th Court of Appeals on **October 7, 2015.**

3.    Clerk's Record was filed in the 12th Court of Appeals on **October 13, 2015**, after Clerk had requested an extension to file.

4.    On **November 6, 2015**, the Clerk of Appellate Court refused to file Joint Motion to Extend Time to File Appellant's Brief, and Rule Eleven (11) Agreement, stating Appeal had been dismissed.

5.    On **November 6, 2015**, the Clerk of the Appellate Court informed, by telephone, the Appellant of Dismissal, and that all Correspondence from the Court, including Notice to Amend, had been sent to electronic address of mintonbrown@coxinternet.com. Neither Appellant's attorney nor firm has used such electronic address for over ten (10) years.

6.    The State Bar of Texas has had Appellant's attorney listed for at least last ten (10)

years at the following electronic address:

**ROBERT M. MINTON**
**Attorney at Law**
**Bar Card #14195000**
**MINTON & BROWN, PLLC**
134 N. Marshall Street
P. O. Box 1688
Henderson, Texas 75653-1688
(903) 657-3543
(903) 657-3545 Fax
Email: mintonbrown@suddenlinkmail.com

See Exhibit "A" attached: Texas Legal Directory lists the same electronic address.

See Exhibit "B" attached: Texas State Bar Website lists the same electronic address.

7.     The Notice of Appeal did not include the electronic address of Appellant's attorney, but did include both telephone number and facsimile number, through which contact could have been had.

8.     The Notice of Appeal failed to contain a Certificate of Service.

9.     Both of the above deficiencies could have been easily corrected, if Notice of Amend had been properly delivered.

## II.

An Amended Notice of Appeal properly completed has been filed with your clerk, along with a Joint Motion to Extend Time, and a Rule 11 Agreement.

The motions presented are to correct electronic addressing problems that are new to all systems, including Appellants' attorney, who in December, will have entered his 50th year of law practice, and some changes don't come easy. However, Appellants have attempted to satisfy all necessary requirements.

## III.

This motion is presented not for the purpose of delay, but that fairness should be done to the Appellants, through what was an error in notice, of which both parties and the clerk are without fault. The information system was faulty in listing the incorrect email address. The Court should further note that the parties continued to conference and communicate about a Joint

Motion to Extend Time and Rule 11 Agreement, feeling that appeal had been perfected.

## IV.

Wherefore, Appellants request the Court to enter an order vacating the dismissal and reinstating the appeal in the above titled and numbered cause.

Respectfully submitted,

MINTON & BROWN PLLC

By: _____
Robert M. Minton
Texas Bar No. 14195000
Email: mintonbrown@suddenlinkmail.com
134 N. Marshall St.
Henderson, TX 75653
Tel. (903) 657-3543
Fax. (903) 657-3545
Attorney for Defendants, Larry Gene Marsh, Billie Marie Buckley, Deborah Sue Stuart and Terry Lyn Marsh

## CERTIFICATE OF SERVICE

I certify that on November 11, 2015 a true and correct copy of MOTION FOR REINSTATEMENT OF APPEAL to Morrison Hammack was served by email to **Mr. Russell R. Smith**, Attorney for Plaintiff/Proponent, Morrison Hammack, Jr..

**ROBERT M. MINTON**
**Attorney for Appellants, Larry Gene Marsh, Billie Marie Buckley, Terry Lyn Marsh, Deborah Sue Stuart**



## 1840 RUSK — SABINE COUNTIES

**Minton & Brown PLLC**, 134 North Marshall Street, 75652, P.O. Box 1688,
75653-1688 ..........................(903) 657-3543, FAX: 657-3545
Website: www.mintonbrown.com
*Civil Practice • General Trial • Oil & Gas • Wills • Probate • Real Estate • Business • Municipal • Adoptions • Mediation*
*See Biographical Section, Vol. 4, page 419*

**Minton, Robert M**, (Minton & B), 134 North Marshall Street, 75652, P O Box 1688, 75653-1688 ..........................(903) 657-3543
E-Mail: mintonbrown@suddenlinkmail.com
*See Biographical Section, Vol. 4, page 419*

**MT2 LAW GROUP, Mann Tindel And Thompson Attorneys At Law**, 300 West Main Street,
75652-3109 ..........................(903) 657-8540, FAX: 657-6003
Website: www.MT2LawGroup.com
*Civil Litigation • Personal Injury • Products Liability • Intellectual Property Litigation • Commercial Litigation • Probate • Oil & Gas • Municipal Law*
*See Biographical Section, Vol. 4, page 420*

**Nelson, J. Paul**, 207 North Main Street, 75652, P.O. Box 934, 75653-0934 ..................(903) 657-1424, FAX: 657-6220
E-Mail: nelsonlaw@suddenlinkmail.com
*Civil Trial Practice • Negligence • Bankruptcy • Family Law • Probate • Mediator*
*See Biographical Section, Vol. 4, page 421*

**Newell** Robert M, 905 S Main St, 75654-3948

**Patterson** J R Jr P C, 107 N Jackson St, 75652 ..........................(903) 657-7390, FAX: 657-4614

**Phenix & Crump PLLC, Attorneys & Counselors At Law**, Phenix Building, 118 South Main Street, 75654, P.O. Box 1005,
75653-1005 ..........................(903) 657-3595, FAX: 657-3598
E-Mail: rusty@phenixlawfirm.com
Website: www.phenixlawfirm.com
*Civil and Trial Practice • Negligence • Products Liability • Malpractice • Personal Injury • Commercial • Employment • Wrongful Death • Toxic Torts • Criminal Law • Probate*
*See Biographical Section, Vol. 4, page 421*

**Phenix, J. R. Rusty**, (Phenix & C), Phenix Building, 118 South Main Street, 75654, P.O. Box 1005, 75653-1005 ..........................(903) 65;
E-Mail: rusty@phenixlawfin
*See Biographical Section, Vol. 4, page 421*

**Rosenthal, James J.** (Joe Shumate), 107 North Main Street, 7565; Box 1915, 75653-1915 ..........................(903) 657
E-Mail: jrosenthal@suddenlinkma
*See Biographical Section, Vol. 4, page 422*

**Shumate, Joe, Attorney At Law Law Offices Of**, 107 N Main Street, 75652, P.O. Box 1915,
75653-1915 ..........................(903) 657-1416, FAX: 655,
E-Mail: shumate.law@suddenlinkmail
*General ~ Trial and Federal Practice • Criminal Law Oil & Gas • Real Estate • Personal Injury Law • Divo • Custody • Adoption • Child Support • Wills & Prob,*
*See Biographical Section, Vol. 4, page 422*

**Squires**, Katharina, 115 N Main St, 75652-3147 ..........................(903) 657

**Tandy, Stacie Haskins**, (MT), 300 West Main Street, 75652-3109 ..........................(903) 657
E-Mail: Stacie@TheMannFin
*See Biographical Section, Vol. 4, page 420*

**Thompson**, G Blake, (MT), 300 West Main Street, 75652-3109 ..........................(903) 657
E-Mail: Blake@TheMannFin
*See Biographical Section, Vol. 4, page 420*

**Tindel, Andy**, (MT), 300 West Main Street, 75652-3109 ..........................(903) 657
E-Mail: atindel@andytind
*See Biographical Section, Vol. 4, page 420*

**Wavrusa**, Zeckery J., 115 N Main St, Rm 302, 75652-3147 ..........................(903) 657

**Wilder, Brent A.** (Wilder & W), 200 N Main St, 75652-3140, PO Box 75653-1108 ..........................(903) 657

**Wilder, Clay L.** (Wilder & W), 200 N Main St, 75652-3140, PO Box 1 75653-1108 ..........................(903) 657

**Wilder & Wilder P.C.**, 200 N Main St, 75652-3140, PO Box 1108, 75653-1108 ..........................(903) 657-0561, FAX: 657

**Wilhite**, Kanaan L, 4236 State Highway 322 N, 75652-3923

**Wilhite**, Michael T, Jr., PO Box 1810, 75653 ..........................(903) 657

## SABINE COUNTY
### 2014 Estimated Population 10,350
### COUNTY SEAT — HEMPHILL (Area Code 409 - Zip 75948)
### Physical Address: Courthouse, 201 Main Street

**Assessor-Collector**
Martha M. Stone
213 Market St, Hemphill 75948 (409) 787-2257

**Associate Judge**
Patricia Burroughs, Title IV-D
301 N Thompson St, Ste 102, Conroe 77301 (936) 538-8047, FAX 539-7819

**Chief Appraiser**
Tom Nance
PO Box 137, Hemphill 75948-0137 (409) 787-2777

**Community Supervision & Corrections Department**
Christopher B. (Chris) Thomas, Dir
Courthouse Annex, 121 N Austin St, 3rd Fl, Jasper 75951 (409) 384-4618, FAX 384-6738

**Constables**
1-Chad Murray
307 Frontier Dr, Hemphill 75948 (409) 787-2266
2-Jerry D. Webb, (D)
PO Box 353, Bronson 75930-0353 (409) 586-3633

**County Attorney**
Robert G. Neal, Jr., (D)
Courthouse, 201 Main St 75948, PO Box 1783, Hemphill 75948-1783 (409) 787-2988, FAX 787-3884

**County Clerk**
Janice McDaniel, (R)
280 E Main St 75948-7238, PO Box 580, Hemphill 75948-0580 (409) 787-3786, FAX 787-2044

**County Commissioners**
1-Tommy Clark, (R)
PO Box 716, Hemphill 75948-0716 (409) 787-3543
2-Jimmy McDaniel, (R)
PO Box 716, Hemphill 75948-0716 (409) 787-3543
3-Doyle Dickerson, (R)
PO Box 716, Hemphill 75948-0716 (409) 787-3543
4-Fayne Warner, (R)
PO Box 716, Hemphill 75948-0716 (409) 787-3543

**County Court Coordinator**
Jamie Clark
280 E Main St 75948-7238, PO Drawer 580, Hemphill 75948-0580 (409) 787-2889

**County Judge**
Daryl Melton
Courthouse, 201 Main St 75948, PO Box 716, Hemphill 75948-071 (409) 787-3543, FAX 787-2044

**County Treasurer**
Tricia Jacks, (D)
280 E Main St 75948-7238, PO Box 597, Hemphill 75848-0597 (409) 787-2210

**District Attorney**
1-J. Kevin Dutton, (D)
PO Box 728, Hemphill 75948-0728 (409) 787-1322
108 S Broadway 75972-1810, PO Box 714, San Augustine 75972-4 (936) 275-9903, FAX 275-0055, E-Mail: dist1da@yahoo.com



**STATE BAR *of* TEXAS**

*My Bar Page*
# Welcome, Robert M. Minton



## ROBERT M. MINTON

PO Box 1688
Henderson, TX 75653-1688

mintonbrown@suddenlinkmail.com

*Edit Profile >*

### My Sections

Environmental and Natural Resources Law
View All My Sections

JOIN SECTIONS

### MCLE Hours Due

| | |
|---|---|
| Total (Including Ethics) | 0 |
| Ethics | 0 |

### Non-Compliance Fees Owed

| | |
|---|---|
| Total Amount Owed | $0.00 |

VIEW/REPORT MCLE HOURS

**Pro Bono Hours**                                                                 0